**Order entered May 8, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00355-CR

### EX PARTE JEFFREY FUJISAKA

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-80264-2015**

## ORDER

The Court **DENIES** appellant's May 7, 2015 motion to reconsider our May 6, 2015 order striking appellant's brief and ordering it redrawn to use only the complainant's initials.

/s/    ROBERT M. FILLMORE
       PRESIDING JUSTICE